### File Hashes for IP Address 75.70.217.178

**ISP:** Comcast Cable
**Physical Location:** Colorado Springs, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/26/2013 12:21:16 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 04/09/2013 00:39:47 | 36DB7D2F155C52CC554EDCAD080131775311C445 | Enchanting Real Orgasms |
| 04/09/2013 00:30:34 | 085826AF1E91AC977CBB094888698F5A1224823E | Ready for Bed |
| 03/31/2013 11:46:05 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 03/30/2013 05:52:11 | E4C763BF141EE39387DE32A11E67FD4671BC9D21 | Leila Last Night |
| 03/27/2013 13:01:41 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois |
| 03/27/2013 12:41:42 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky |
| 03/27/2013 12:30:36 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 03/04/2013 20:57:44 | FFED3465CB0EEF5A3227424C8B0D31CF63BF76DB | Black and White |
| 02/03/2013 22:26:13 | 75FCC3B8A30ADF28BBF215471C4A2325A61C977F | Miss Me Not |
| 01/28/2013 19:30:29 | 75974DBF91AAF1AC13E04C92DB653F39F664EED1 | Close to the Edge |
| 01/28/2013 19:17:23 | 391F47E660D11CBE31DD3A03481B332948C7068F | Still With Me |
| 01/26/2013 15:25:33 | 2B357AE556FA53AA689999F438FA241C631AD00A | The Dorm |
| 01/26/2013 15:19:31 | 24F56052A78348739C7829F66765D4D1C8CB42C4 | Pink Orgasm |
| 01/26/2013 15:19:03 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 12/24/2012 13:10:16 | 9167B2208AF797974D294D1B8BF9C9950F6C2BC9 | My Best Friends Boyfriend |
| 10/31/2012 11:40:24 | 8796D4D4A6EB1162FEE041319F33AC2B1DEEA360 | Starting Over |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

CO187