**Copyrights-In-Suit for IP Address 75.70.217.178**

**ISP:** Comcast Cable
**Location:** Colorado Springs, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 03/27/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/04/2013 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 01/28/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 04/09/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/31/2013 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 03/30/2013 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 02/03/2013 |
| My Best Friends Boyfriend | PA0001789510 | 03/28/2011 | 05/11/2012 | 12/24/2012 |
| Pink Orgasm | PA0001797944 | 07/16/2012 | 07/18/2012 | 01/26/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 04/09/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 04/26/2013 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 10/31/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 01/28/2013 |
| The Dorm | PA0001780468 | 09/28/2011 | 03/10/2012 | 01/26/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 03/27/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 01/26/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 03/27/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  17**

EXHIBIT B